JAMES FLANAGAN v. CAMDEN BOARD OF EDUCATION.

June 20, 1983.

ORDERED that the petition for certification is granted and summarily remanded to the Appellate Division for reconsideration in light of *Shirley Lichtman v. Board of Education of the Village of Ridgewood,* 93 *N.J.* 362 (1983).

MARY O'HARA v. BOARD OF EDUCATION OF THE VOCATIONAL SCHOOL IN THE COUNTY OF CAMDEN.

June 20, 1983.

Petition for certification denied.

MARY O'HARA v. BOARD OF EDUCATION OF THE VOCATIONAL SCHOOL IN THE COUNTY OF CAMDEN.

June 20, 1983.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. AMBROSE V. WAN.

June 20, 1983.

Petition for certification denied.